# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MICHAEL WELDON FRYAR | Case No.    6:15CR60024-001 |
| | USM No.    12842-010 |
| | Alex Wynn |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    One, two three, four, five, six, and eight    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Use of a Controlled Substance | September 19, 2023 |
| Two | Use of a Controlled Substance | October 10, 2023 |
| Three | Association with Known Convicted Felons | January 21, 2024 |
| Four | Use of a Controlled Substance | February 6, 2024 |
| Five | Use of a Controlled Substance | May 28, 2024 |
| Six | Failure to Report for Drug Testing | July 3, 2024 |
| Eight | New Law Violation | July 5, 2024 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec.    4662 | July 22, 2025 |
|---|---|
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:    1983 | |
| | /s/ Susan O. Hickey |
| City and State of Defendant's Residence: | Signature of Judge |
| Hot Springs, Arkansas | |
| | Susan O. Hickey, Chief United States District Judge |
| | Name and Title of Judge |
| | July 23, 2025 |
| | Date |

Judgment — Page 2 of 2

DEFENDANT: MICHAEL WELDON FRYAR
CASE NUMBER: 6;15CR60024-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Twenty-four (24) months imprisonment with credit for time served, which shall be served consecutively to the term of imprisonment imposed in the Western District of Arkansas docket number 6:2460020-001. There will be no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be housed at FCI Leavenworth.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____